**Glen E. ESCOE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35476.**

Missouri Court of Appeals,
Western District.

Sept. 25, 1984.

Joseph H. Locascio, Public Defender, Justine E. Del Muro, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Kansas City, for respondent.

Before DIXON, P.J., SHANGLER and CLARK, JJ.

## ORDER

PER CURIAM.

The appeal is from an order to deny a Rule 27.26 motion to set aside a conviction and sentence of fifty years for assault with intent to kill with malice aforethought under former § 559.180, RSMo 1969. See 548 S.W.2d 568 (Mo.1977) and 603 S.W.2d 36 (Mo.App.1984).

Affirmed. Rule 84.16(b)

**Daniel B. SHEPARD, Respondent,**

v.

**William R. RATLIFF, Appellant.**

**No. WD 35567.**

Missouri Court of Appeals,
Western District.

Sept. 25, 1984.

Donald L. Slyter, Kansas City, for appellant.

Philip C. Ehli, and Gary L. Argo, Kansas City, for respondent.

Before TURNAGE, C.J., and SHAN-GLER and CLARK, JJ.

## ORDER

PER CURIAM:

This is an appeal from a judgment in favor of the plaintiff on his claim and against the defendant on his counterclaim for damages for property damage from a collision between automobiles.

The judgment is affirmed. Rule 84.16(b).